UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HARRY N. ORTIZ, | Civil No. 3:19-cv-1894 |
| Plaintiff | |
| | (Judge Mariani) |
| v. | |
| UNIT MANAGER ALEXANDER, *et al.*, | |
| Defendants | |

## ORDER

**AND NOW**, this 22nd day of March, 2021, upon consideration of Defendants' motion to dismiss (Doc. 13), and for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1. Defendants' motion to dismiss (Doc. 13) is **GRANTED**.

2. Plaintiff's complaint is **DISMISSED** without prejudice.

3. Plaintiff is granted leave to file an amended complaint complaint to properly name a specific Defendant or Defendants with respect to his Eighth Amendment deliberate indifference to health and safety claim on, or before, April 8, 2021, in accordance with this Court's Memorandum.

4. In the absence of a timely filed amended complaint, the Clerk of Court shall **CLOSE** this case.

Robert D. Mariani
United States District Judge